UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
XIA FAN,

                Plaintiff,                      **ECF CASE**

      v.                                      08 Civ. 4716 (RPP)

MICHAEL CHERTOFF, et al.,

                Defendants.               NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:    Clerk of Court
        United States District Court
        Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         June 4, 2008

                                                         Respectfully submitted,

                                                           MICHAEL J. GARCIA
                                                           United States Attorney for the
                                                           Southern District of New York

                                       By:   /s/_____
                                                           DAVID BOBER
                                                           Assistant United States Attorney
                                                           86 Chambers Street, 3rd Floor
                                                          New York, New York 10007
                                                           Telephone: (212) 637-2718
                                                           Facsimile: (212) 637-2786
                                                           Email: david.bober@usdoj.gov

To:    Yee Ling Poon, Esq.
        Law Offices of Yee Ling Poon
        11 E. Broadway, 5th Floor
        New York, NY 10038