```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/08
```

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FAN XIA,

          Plaintiff,

- against -

MICHAEL CHERTOFF, *et al.*,

          Defendants.

No. 08 Civ. 4716 (RPP)

**STIPULATION AND ORDER**

---

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the time for defendants to respond to the above-captioned complaint is hereby adjourned to August 21, 2008.

| | |
|---|---|
| New York, New York<br>July 21, 2008 | New York, New York<br>July 21, 2008 |
| LAW OFFICES OF YEE LING POON<br>Attorney for Plaintiff | MICHAEL J. GARCIA<br>United States Attorney for the<br>Southern District of New York<br>Attorney for Defendants |
| *[signature]*<br>Yee Ling Poon, Esq.<br>11 East Broadway, 5th Floor<br>New York, New York 10038<br>Tel.  (212) 385-4575<br>Fax  (212) 385-4792 | *[signature]*<br>David Bober, Esq.<br>Assistant United States Attorney<br>86 Chambers Street, 3rd Floor<br>New York, New York 10007<br>Tel.  (212) 637-2718<br>Fax  (212) 637-2786 |

July 23 2008
SO ORDERED:

*[signature]*

Hon. Robert P. Patterson
United States District Judge

– page 1 of 1 –